UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION


FILED
MAY - 5 2008
CLERK

***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 08-30012 |
| Plaintiff, | * | |
| -vs- | * | REPORT AND RECOMMENDATION |
| | * | FOR DISPOSITION OF DEFENDANT'S |
| TONI MONDALL HARMON, | * | MOTION TO SUPPRESS STATEMENTS |
| Defendant. | * | |

***

Defendant, Toni Mondall Harmon, has filed a Motion to Suppress Statements, Docket No. 24. Because Defendant's Motion is a dispositive one, this Court is only authorized to determine the same on a report and recommendation basis. See 28 U.S.C. §636(b)(1). Based on the findings, authorities and legal discussion made on the record at the May 5, 2008 hearing, the Court hereby

RECOMMENDS that Defendant's Motion be denied in all respects.

Dated this 5th day of May, 2008, at Pierre, South Dakota.

BY THE COURT:

_Mark A. Moreno_
**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
         Deputy
(SEAL)

## NOTICE

Failure to file written objections to the within and foregoing Report and Recommendations for Disposition within ten (10) days from the date of service shall bar an aggrieved party from attacking such Report and Recommendations before the assigned United States District Judge. <u>See</u> 28 U.S.C. § 636(b)(1).